Sheila R. Schwager, ISB No. 5059
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
         jashby@hawleytroxell.com

Attorneys for Defendant Chase Bank

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| HELENE RICHARDS, | ) | Case No. _____ |
| Plaintiff, | ) | |
| | ) | NOTICE OF REMOVAL |
| vs. | ) | |
| | ) | |
| CHASE BANK, | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that the above-named Defendant ("Chase") removes this action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As required by 28 U.S.C. § 1446(a) and Local Civil Rules 5.2(d) and 81.1(a), this Notice of Removal includes, as Exhibit A, a copy of the state court docket sheet as of July 16, 2010. A copy of the Complaint, filed September 23, 2010, and the Summons, issued and filed September 23, 2010 are attached hereto as Exhibit B-C. Those documents comprise the entire state court record, and Chase is not aware of any other pleadings, process or orders in this action other than those identified above.

NOTICE OF REMOVAL - 1

The basis for removal is as follows:

1.     On or about September 23, 2010, Plaintiff Helene Richards filed her Complaint against Chase as Case No. CV-2010-0008185 in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai.

2.     The Court has diversity jurisdiction when the parties to an action are "citizens of different States" and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

3.     The Complaint alleges that Plaintiff is a resident of Los Angeles County in the State of California. (Compl. ¶ 3.) Accordingly, based on the allegations in the Complaint, Plaintiff is a citizen of California.

4.     Plaintiff's Complaint names only "Chase Bank" as a Defendant. It is unclear whether Plaintiff intends to bring claims against JP Morgan Chase Bank, N.A., Chase Home Finance, LLC or some other entity. Chase Home Finance, LLC is a wholly owned subsidiary of Chase Home Finance, Inc., which is incorporated in Delaware and which is the sole member of Chase Home Finance, LLC. Chase Home Finance, Inc. is a subsidiary of JPMorgan Chase Bank, N.A., which has its principal place of business in Columbus, Ohio. JPMorgan Chase Bank, N.A., is a subsidiary of JPMorgan Chase & Co., which is incorporated in Delaware.

5.     Regardless of the Chase Bank entity against which Plaintiff intends to pursue her claims, complete diversity of citizenship is present.

6.     Plaintiff's Prayer for Relief seeks "damages in the amount of $200,000." Thus, the amount-in-controversy requirement for the exercise of diversity jurisdiction is satisfied.

7.     The requirements of diversity jurisdiction therefore are met.

NOTICE OF REMOVAL - 2

8.    This Notice of Removal is timely because it is filed within thirty days of the September 23, 2010 filing of the Complaint.

9.    The day it files this Notice of Removal, Chase will serve it on Plaintiff via United States mail in compliance with 28 U.S.C. § 1446(d).  Also in compliance with that statute, that same day Chase will file in the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, a Notice of Filing of Notice of Removal, which will advise the state court of the removal.  Exhibit D to this Notice of Removal is a copy of the Notice of Filing of Notice of Removal (excluding its Exhibit).


DATED THIS _____ day of October, 2010.

                                        HAWLEY TROXELL ENNIS & HAWLEY LLP


                                        By ____/s/_____
                                            D. John Ashby, ISB No. 7228
                                            Attorneys for Defendant Chase Bank

NOTICE OF REMOVAL - 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this ___ day of October, 2010, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

Helene Richards                              _____ U.S. Mail, Postage Prepaid
5904 W. Conkling Road                 _____ Hand Delivered
Worley, ID 83876                          _____ Overnight Mail
[Plaintiff appearing *Pro Se*]          _____ E-mail
                                                      _____ Telecopy

_____/s/_____
D. John Ashby

NOTICE OF REMOVAL - 4